UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-61907-CIV-GAYLES/SELTZER

PLATINUM PROPERTIES INVESTOR
NETWORK, INC, et al.,
    Plaintiffs,

vs.

JOHN DOES 1-2,
    Defendants,
_____/

## ORDER

**THIS CAUSE** has come before the undersigned pursuant to the District Court's Order referring Defendants' Emergency Motion to Stay Discovery and Set Briefing Schedule [DE 8] to the magistrate judge [DE 9]. Upon review of the Motion and the entire file, and for good cause shown, it is hereby **ORDERED** and **ADJUDGED** that:

1. The MOTION is granted pending further ORDER of this Court;

2. Plaintiffs shall respond to the Emergency Motion to Stay Discovery and Set Briefing Schedule on or before October 19, 2018;

3. Defendants shall reply to Plaintiffs' Response on or before October 26, 2018.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 15th day of October 2018.

BARRY S. SELTZER
United States Magistrate Judge

Copies furnished counsel via CM/ECF