UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

In the matter of: Civil Case Transfers to
**District Judge Rodolfo A. Ruiz**

| | |
|---|---|
| Lucoff v. Navient Solutions, LLC | Case No: 0:18-cv-60743 |
| Taylor v. P.G. Security, Inc. | Case No: 0:18-cv-61015 |
| TransCapital Bank v. Fidelity and Deposit Co. | Case No: 0:18-cv-61294 |
| Dye v. Covidien LP | Case No: 0:18-cv-61485 |
| Slip 4, LLC v. M/Y WHY NOT | Case No: 0:18-cv-61895 |
| Hartman v. Does et al. | Case No: 0:18-cv-61907 |
| Mitchell v. Telegraph Media | Case No: 0:18-cv-62012 |
| MS Marketing, Inc. v. Discover Your Mobility, Inc. | Case No: 0:18-cv-62152 |
| Lewis v. Hiday & Ricke, P.A. | Case No: 0:18-cv-62336 |
| Martin v. Teleperformance, Inc. | Case No: 0:18-cv-62488 |
| It's a New 10, LLC v. Harris | Case No: 0:18-cv-62741 |
| Papizh v. TD Auto Finance, LLC | Case No: 0:18-cv-62749 |
| Azran v. Diversified Consultants, Inc. | Case No: 0:18-cv-63023 |
| White Pine Insurance Co. v. A&R | Case No: 0:19-cv-60289 |
| Potts v. Michael R. Barnard, D.D.S., P.A. | Case No: 0:19-cv-60343 |
| Surgeet Investments Group v. Westchester | Case No: 0:19-cv-60411 |
| Lee v. American Security Insurance Co. | Case No: 0:19-cv-60530 |
| Hossfeld v. American Financial Security Life | Case No: 0:19-cv-60597 |
| Bell v. Royal Seas Cruise, Inc. | Case No: 0:19-cv-60752 |
| Moncada v. Old Navy, LLC | Case No: 0:19-cv-60885 |
| Mitchell III v. UPS Co. | Case No: 0:19-cv-60919 |

**ORDER OF REASSIGNMENT**

The above-styled cases have been selected by the Clerk of Court utilizing a random selection procedure to insure the fair and impartial reassignment of cases from the undersigned District Judge to the newly appointed **District Judge Rodolfo A. Ruiz**. Prior to executing this Order, the undersigned has reviewed the files and has ruled upon all ripe pending motions that have not been referred to the paired Magistrate Judge, and are fully briefed, in accordance with the policy established by the Judges of the Southern District of Florida (See Internal Operating Procedures, Section 2.05.03 -2.05.04). It is hereby

ORDERED that the above-styled action is hereby REASSIGNED to the calendar of the **Honorable Rodolfo A. Ruiz** as of Monday, May 6, 2019, for all further proceedings. It is further ORDERED that all pleadings hereafter filed shall bear the assigned case number followed by the initials RAR in lieu of the present initials.

**DONE AND ORDERED in Chambers at Miami, Florida, this Monday, May 06, 2019.**

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE

c: All counsel of record/pro se parties