UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-CV-61907-STRAUSS

**JASON HARTMAN,** *et al.*,

    Plaintiffs,

v.

**CHARLES SELLS,** *et al.*,

    Defendants.

_____/

## ORDER ON DEFENDANTS' MOTION IN LIMINE AND THE PARTIES' DEPOSITION DESIGNATIONS

THIS MATTER came before the Court upon Defendants' Motion in Limine regarding the testimony of Officer Andrew Calore ("Motion") (DE 309) and Parties' disputes regarding the designations of Officer Calore and Marco Santarelli's deposition testimony. (DE 310). The Court has reviewed the Motion, Plaintiffs' response to the Motion (DE 311), the deposition designations, the objections to those designations, and the filings related thereto. For the reasons stated on the record at the pre-trial status conference on August 15, 2022, it is **ORDERED and ADJUDGED** that:

1. The Motion is **DENIED**. Officer Calore's testimony is relevant to, *inter alia*, Defendant Charles Sells's intent, state of mind, and consciousness of guilt, which all bear upon the issues of statutory and punitive damages in this case. The probative value of Officer Calore's testimony is not substantially outweighed by prejudice, confusion, or other concerns. *See* Fed. R. Evid. 403. However, as indicated in the below rulings regarding the parties' deposition designations, some portions of Officer Calore's deposition testimony will not be admitted.

2. The parties' objections to deposition designations are **OVERRULED-IN-PART** and **SUSTAINED-IN-PART** as follows:

3. As to page 8 lines 4 through 22 of Officer Calore's deposition, Defendants' objection is sustained as to incompleteness. All other objections are overruled. To remedy the incompleteness issue, Plaintiffs shall include page 7 lines 22 through 25 of Officer Calore's deposition.

4. As to page 9 line 2 through page 10 line 9 of Officer Calore's deposition, Defendants' objections are overruled.

5. As to page 10 line 12 through page 12 line 2 of Officer Calore's deposition, Defendants' objections are overruled. As to page 12 lines 15 through 19, Plaintiffs' objections are also overruled.

6. As to page 12 line 20 through page 13 line 13 of Officer Calore's deposition, Defendants' objections are overruled.

7. As to page 14 line 2 through page 15 line 10 of Officer Calore's deposition, Defendants' objections are overruled.

8. As to page 15 line 21 through page 16 line 17 of Calore's deposition, Defendants' objections are overruled.

9. As to page 17 line 24 through page 19 line 8 of Officer Calore's deposition, Defendants' objections are overruled.

10. As to page 20 lines 8 through 12 of Officer Calore's deposition, Defendant's objections are sustained. As to page 20 lines 4 through 7 of Officer Calore's deposition, Plaintiffs' objections are sustained.

11. As to page 20 line 22 through page 24 line 16 of Officer Calore's deposition, Defendants' objections are sustained.

12. As to page 25 line 18 through 26 line 13 of Officer Calore's deposition, Defendants' objections are overruled. As to page 26 line 15 through page 27 line 2 of Officer Calore's deposition, Plaintiffs' objections are overruled.

13. As to page 28 line 18 through page 29 line 2 of Officer Calore's deposition, Defendants' objections are sustained.  As to page 29 line 18 through 28 line 17 and page 29 line 10 through page 30 line 22 of Officer Calore's deposition, Plaintiffs' objections are sustained.  As to page 29 lines 3 through 9, page 30 line 22 through page 31 line 1 and page 35 line 11 through page 36 line 16 of Officer Calore's deposition, Defendants' objections are sustained.

14. As to page 31 lines 6 through 18 of Officer Calore's deposition, Defendants' objections are overruled.   As to page 31 line 19 through page 32 line 6 and page 34 lines 11 through 19 of Officer Calore's deposition, Plaintiffs' objections are overruled.

15. As to page 37 lines 7 through 18 of Officer Calore's deposition, Defendants' objections are sustained.

16. As to page 60 lines 6 through 21 of Santarelli's deposition, Plaintiffs' objections are overruled.

17. As to page 83 lines 15 through 25 of Santarelli's deposition, Defendants' objections are overruled.  As to page 82 lines 10 through 25 and page 83 lines 1 through 14 of Santarelli's deposition, Plaintiffs' objections are overruled.

18. As to page 104 lines 4 through 18 of Santarelli's deposition, Plaintiffs' objections are overruled.

19. As to page 106 line 14 through page 107 line 3 of Santarelli's deposition, Defendants' objections are overruled. As to page 107 lines 4 through 7 of Santarelli's deposition, Plaintiffs' objections are overruled.

20. As to page 110 lines 1 through 13 of Santarelli's deposition, Defendants' objections are overruled.

21. As to page 113 line 18 through page 114 line 7 of Santarelli's deposition, Defendants' objections are overruled.

22. As to page 121 line 22 through page 124 line 11 of Santarelli's deposition, Defendants' objections are overruled.

23. As to page 128 line 7 through 130 line 1 of Santarelli's deposition, Defendants' objections are overruled. As to page 131 lines 7 through 11 of Santarelli's deposition, Plaintiffs' objections are sustained. As to page 131 line 12 to page 132 line 5 of Santarelli's deposition, Plaintiffs' objections are overruled.

24. As to page 145 line 8 through 146 line 22 of Santarelli's deposition, Defendants' objections are sustained.

25. As to page 159 lines 3 through 7 of Santarelli's deposition, Defendants' objections are overruled.

26. As to page 170 lines 11 through 17 of Santarelli's deposition, Defendants' objections are overruled. As to page 170 line 18 through 171 line 1 of Santarelli's deposition, Plaintiffs' objections are overruled.

27. As to page 183 lines 8 through 12 of Santarelli's deposition, Defendants' objections are overruled.

28. As to page 188 lines 5 through 16 of Santarelli's deposition, Defendants' objections are overruled. As to page 188 lines 23-25 of Santarelli's deposition, Plaintiffs' objections are overruled.

29. As to page 217 lines 12 through 24 of Santarelli's deposition, Defendants' objections are overruled.

30. As to page 227 lines 4 through 10 of Santarelli's deposition, Defendants' objections are overruled.

31. As to page 302 line 2 through 303 line 5 of Santarelli's deposition, Defendants' objections are sustained.

32. As to page 311 lines 8 through 24 of Santarelli's deposition, Defendants' objections are overruled.

33. As to page 333 line 16 through 334 line 11 of Santarelli's deposition, Defendants' objections are overruled.

34. As to page 152 lines 22 through 25 of Santarelli's deposition, Plaintiffs' objections are overruled. As to page 11 lines 16 through 22, page 13 lines 1 through 13, page 140 lines 15 through 25, page 141 lines 1 through 3, page 153 lines 11 through 25, and page 154 lines 1 through 20 of Santarelli's deposition, Defendants' objections are overruled.

35. As to page 153 lines 1 through 10 of Santarelli's deposition, Plaintiffs' objections are overruled.

36. As to page 154 lines 21 through 25 of Santarelli's deposition, Plaintiffs' objections are overruled.

37. As to page 155 lines 1 through 6 of Santarelli's deposition, Plaintiffs' objections are overruled.

38. As to page 367 lines 17 through 25 of Santarelli's deposition, Plaintiffs' objections are sustained. As to page 368 lines 1 through 6 of Santarelli's deposition, Plaintiffs' objections are sustained.

39. As to page 369 line 25 of Santarelli's deposition, Plaintiffs' objections are sustained.

40. As to page 370 lines 1 through 25 of Santarelli's deposition, Plaintiffs' objections are sustained.

41. As to page 371 lines 1 through 15 of Santarelli's deposition, Plaintiffs' objections are sustained. As to page 371 lines 16 through 25 of Santarelli's deposition, Plaintiffs' objections are overruled.

42. As to page 372 lines 1 through 12 of Santarelli's deposition, Plaintiffs' objections are overruled. As to page 372 lines 13 through 24 of Santarelli's deposition, Plaintiffs' objections are sustained.

43. As to page 373 lines 3 through 6 of Santarelli's deposition, Plaintiffs' objections are sustained.[1]

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 16th day of August 2022.

Jared M. Strauss
United States Magistrate Judge

---

[1] Defendants withdrew the following deposition designations at the pretrial conference: page 380 lines 1-25, page 381 lines 1-25, and page 382 lines 1-8.